9674.   BOOKER, administrator, *v.* HEARD & SUTTON.

LUKE, J.   The testimony admitted over objection was not material and necessary to the plaintiff's cause, and was harmless to the cause of the defendant.   The evidence authorized the verdict against the defendant, which has the approval of the trial judge, and for no reason assigned did the court err in overruling the motion for a new trial.

>        *Judgment affirmed.   Wade, C. J., and Jenkins, J., concur.*
>                        DECIDED OCTOBER 16, 1918.

Complaint; from Wilkes superior court—Judge Walker.   March 2, 1918.

*I. T. Irvin Jr.,* for plaintiff in error.   *C. E. Sutton,* contra.

---

9677.   BANK OF OMEGA *v.* WINGO, ELLETT & CRUMP SHOE CO.

LUKE, J.   The law of this case, as settled by the decision of this court when the case was here on demurrer (19 *Ga. App.* 177, 91 S. E. 251), concludes the plaintiff in error and this court on the question as to whether the Bank of Omega is liable to the plaintiff by reason of the letter of its cashier to the plaintiff, referred to in the opinion of the court.   The evidence was sufficient to prove the allegations of the petition, and the trial court did not err in rendering judgment for the plaintiff.

>        *Judgment affirmed.   Wade, C. J., and Jenkins, J., concur.*
>                        DECIDED OCTOBER 16, 1918.

Complaint; from city court of Tifton—Judge Price.   April 4, 1918.

*R. D. Smith,* for plaintiff in error.   *J. S. Ridgdill,* contra.